# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

ANITA OWEN                                                                                          PLAINTIFF

V.                                          No. 3:22-CV-180-JTR

KILOLO KIJAKAZI, Acting Commissioner
Social Security Administration                                                                      DEFENDANT

## JUDGMENT

Consistent with today's Order, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for Plaintiff, Anita Owen, reversing the decision of the Commissioner and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 20th day of January, 2023.

_____
UNITED STATES MAGISTRATE JUDGE